UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JAMES PAYNE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00237-JPH-MKK |
| | ) | |
| J. WADAS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DISMISSING HABEAS PETITION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1. He is currently serving his sentence at the Federal Correctional Institution in Terre Haute, Indiana. He asserts that the Bureau of Prisons ("BOP") is wrongfully denying him time credits toward his sentence that he has earned under the First Step Act ("FSA"). Specifically, he contends that the BOP is refusing to credit him with earned FSA time credits because he does not have a low or minimum recidivism risk, which he argues violates the FSA. Upon preliminary review of his petition, it appeared to the Court that Petitioner was not entitled to relief because his high recidivism risk made him statutorily ineligible to have those credits applied to his sentence unless he successfully petitioned his warden, the documents attached to his petition showed that his warden had denied his petition after applying the applicable BOP Program Statements, and he had not identified any factual or legal error with that denial. Accordingly, the Court ordered him to show cause why his habeas petition should not be dismissed. Dkt. 5.

Petitioner responded with a "Motion for Show Cause," which states that the Court should order the BOP to apply his FSA time credits to his sentence because he has obtained his GED, completed several classes and the BOP's drug education program, and would like to care for his elderly, ailing mother. Dkt. 6. Petitioner's efforts at rehabilitation are commendable, as is his desire to care for his mother. He has not, however, addressed the portion of the Show-Cause Order discussing the reasons the warden denied his application or otherwise explained how the warden's denial violates the FSA.

Accordingly, his "Motion for Show Cause," dkt. [6], is **denied**, and his habeas petition under § 2241 is **dismissed with prejudice** for the reasons stated in the Show Cause Order and this Order. *See* dkt. 5. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 12/4/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES PAYNE
74072509
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808